APRIL 28, 1986

No. 84–1672.  HEPPS ET AL. *v.* PHILADELPHIA NEWSPAPERS, INC., ET AL.  Appeal from Sup. Ct. Pa. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–6501.  ROBINSON *v.* UNITED STATES.  Appeal from C. A. D. C. Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.